## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 13-236 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Chauncey Ray Morris (1),<br>Reginald Lee Graves (2), | |
| Defendants. | |

Based upon the de novo review of Magistrate Judge Leo I. Brisbois's January 14, 2014, Report and Recommendation, and a review of all the files, records and proceedings in the above-entitled matter, including the Objections of the Defendants, **IT IS ORDERED**:

1. Each of the Objections (Doc. No. 78 as to Defendant Graves; Doc. No. 79 as to Defendant Morris) is **OVERRULED**;

2. The Report and Recommendation (Doc. Nos. 76 and 77) is **ADOPTED**;

3. Defendant Graves's Motion for Severance (Doc. No. 51) is **DENIED WITHOUT PREJUDICE**, as set forth in the January 14, 2014 Report and Recommendation;

4. Defendant Graves's Motion for Suppression of All Physical Evidence (Doc. No. 49) is **DENIED**, as set forth in the January 14, 2014 Report and Recommendation;

5. Defendant Graves's Motion for Suppression of All Statements (Doc. No. 65) is **DENIED**, as set forth in the January 14, 2014 Report and Recommendation; and

6. Defendant Morris's Motion to Suppress Evidence (Doc. No. 44) is **DENIED**, as set forth in the January 14, 2014 Report and Recommendation.

Dated: January 27, 2014

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge